| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

VERNON J. BOYETT, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:18-CV-282
　　　　　　　　　　　　　　　§
BRYAN COLLIER, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Vernon J. Boyett, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institution Division, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, C. Carter, David Turrubiate, Jr., Mark Barber, and an unidentified correctional officer.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motion for injunctive relief.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#9) is **ADOPTED**. Plaintiff's motion for injunctive relief (#5) is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of November, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE